UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| **RICARDO PIERRE-LOUIS,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **\*\*Civil No. 07-144-P-S** |
| **UNITED STATES OF AMERICA,** | ) | **Criminal No. 04-23-P-S** |
| | ) | |
| **Defendants** | ) | |
| | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 9, 2008 her Recommended Decision (Docket No. 15). Movant Pulk filed his Objection to the Recommended Decision (Docket No. 18) on February 11, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.	It is hereby **ORDERED** that the Movant's § 2255 Motion is **DENIED**.

/s/George Z. Singal_____
Chief U.S. District Judge

Dated: March 4, 2008